Herbert L. Terreri (State Bar No. 169815)
Grace R. Neibaron (State Bar No. 276128)
THE LAW OFFICE OF HERBERT L. TERRERI
A Professional Corporation
235 Foss Creek Circle
Healdsburg, CA 95448
Telephone: 707.431.1933
Facsimile: 707.431.2769
Email: bert@terrerilaw.com; grace@neibaronlaw.com


Attorneys for Plaintiff
Portalupi Wine Company, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTALUPI WINE COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>KEYSTONE LIBATION COMPANY, LLC; and QUAKER CITY MERCANTILE, INC.<br><br>Defendants. | Case No. 4:15-cv-01977-KAW<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CHANGE CASE MANAGEMENT SCHEDULE**<br>(AS MODIFIED BY THE COURT) |

     Plaintiff's Unopposed Motion to Change Case Management Scheduled was filed on October 15, 2015.

     The Court after having reviewed the pleadings as filed by Plaintiff hereby orders the Case Management Schedule to be rescheduled as follows:

///

///

///

///

ORDER GRANTING UNOPPOSED MOTION TO CHANGE CASE MANAGEMENT SCHEDULE

| Date | Event | Governing Rule |
|---|---|---|
| December 1, 2015 | *Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R.3-5 |
| | File ADR Certification signed by Parties and Counsel (form available at cand.uscourts.gov) | Civil_L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at cand.uscourts.gov) | Civil_L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |
| December 15, 2015 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at cand.uscourts.gov) | FRCivP 26(a)(1) Civil L.R. 16-9 |
| December 22, 2015 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, 3rd floor at 1:30 PM | Civil _L.R. 16-10 |

The parties shall also file their consent/declination to proceed before the undersigned by no later than December 15, 2015.

Dated: 10/16/2015

_____
Honorable Kandis A. Westmore
United States Magistrate Judge